UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:12-MC-80213

ALAN NISSELSON, as the Responsible
Officer and Plan Committee for the
Substantively Consolidated Estate of
MARKETXT HOLDINGS CORP., MKXT, LLC,
MARKETXT, INC., and EPOCH INVESTMENTS, LP,

    Plaintiffs,

v.

OMAR SHARIF AMANAT,

    Defendant.

_____/

## MOTION FOR ISSUANCE OF WRIT OF GARNISHMENT
## AFTER JUDGMENT AGAINST BLACK DIAMOND HOSPITALITY MK, LLC

    COMES NOW, Plaintiffs, ALAN NISSELSON, as the Responsible Officer and Plan Committee for the Substantively Consolidated Estate of MARKETXT HOLDINGS CORP., MKXT, LLC, MARKETXT, INC., and EPOCH INVESTMENTS, LP, by and through their undersigned counsel, pursuant to Florida Statutes Section 77.03, and moves for the issuance of a Writ of Garnishment after Judgment as to Garnishee, BLACK DIAMOND HOSPITALITY MK, LLC, and as grounds therefor states as follows:

    1)    On January 22, 2012, a Judgment was entered in favor of Plaintiffs and against Defendant, OMAR SHARIF AMANAT in the amount of $24,382,463.81 in United States Bankruptcy Court, Southern District of New York, Case Number: 04-43361 (ALG), Adversary Proceeding Number: 08-1333 (ALG) ("the Judgment").

KAYE SCHOLER LLP
Phillips Point West Tower   Suite 900   777 South Flagler Drive   West Palm Beach FL 33401   Tel. (561) 802-3230   Fax (561) 802-3217

ALAN NISSELSON, as the Responsible Officer and Plan Committee
for the Substantively Consolidated Estate of MARKETXT HOLDINGS CORP.,
MKXT, LLC, MARKETXT, INC., and EPOCH INVESTMENTS, LP, Plaintiffs,
v.
OMAR SHARIF AMANAT, Defendant
Case No. 9:12-MC-80213-XXXXX
*Motion for Issuance of Writ of Garnishment After Judgment*
Page 2 of 2

2) The Judgment was registered herein with the Clerk of Court, United States District Court, Southern District of Florida.

3) Plaintiffs do not believe that Defendant, OMAR SHARIF AMANAT, has in his possession visible property on which a levy can be made sufficient to satisfy the Judgment.

_____
Manuel Kushner
Attorney for the Plaintiffs
Florida Bar No. 330957
KAYE SCHOLER LLP
Phillips Point - West Tower
777 South Flagler Drive, Suite 900
West Palm Beach, Florida 33410
(561) 802-3230

60640862_1.DOC